UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND BYERS and TIFFANY BYERS, husband and wife<br><br>                                 **Plaintiffs**<br>      v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)<br>                 And<br>INTERSECTION MEDIA, LLC<br>                 And<br>NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,<br>                                 **Defendants** | CIVIL ACTION<br>NO.: 19-01024<br><br><br>SATISFACTION OF JUDGMENT |

**SATISFACTION OF JUDGMENT AS TO RAYMOND BYERS**

      WHEREAS, an Arbitration Award of $100,000 in favor of Raymond Byers was entered in the above action on the May 12, 2022,

      WHEREAS, the amount of $100,000 to Raymond Byers, having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment pursuant to the Arbitration Award is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                                            COFFEY, KAYE. MYERS & OLLEY

Date:  11/04/22                          /s/ Lawrence A. Katz
                                           Lawrence A. Katz
                                           Counsel for Plaintiffs,
                                           Mr. Raymond Byers and Mrs. Tiffany Byers
                                           Two Bala Cynwyd, PA Suite 718
                                           Bala Cynwyd, PA 19004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RAYMOND BYERS and TIFFANY BYERS,** husband and wife<br><br>  Plaintiffs<br><br>  v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**<br>  And<br>**INTERSECTION MEDIA, LLC**<br>  And<br>**NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,**<br><br>  Defendants | CIVIL ACTION<br>NO.: 19-01024<br><br><br>SATISFACTION OF JUDGMENT |

### SATISFACTION OF JUDGMENT AS TO TIFFANY BYERS

WHEREAS, an Arbitration Award of $15,000 in favor of Tiffany Byers was entered in the above action on the May 12, 2022,

WHEREAS, the amount of $15,000 to Tiffany Byers, having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment pursuant to the Arbitration Award is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

COFFEY, KAYE. MYERS & OLLEY

Date:  11/04/22

/s/ Lawrence A. Katz
Lawrence A. Katz
Counsel for Plaintiffs,
Mr. Raymond Byers and Mrs. Tiffany Byers
Two Bala Cynwyd, PA Suite 718
Bala Cynwyd, PA 19004